# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00558-CV

**In re Marsha Yarberry**

**L. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**NO. 17-0132-CPSC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING**

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of L. R. The subject of this proceeding is court reporter Marsha Yarberry, who has failed to comply with this Court's order to file the reporter's record.

On August 29, 2019, we ordered Yarberry to file the record by September 5, 2019, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court.

Therefore, it is hereby ordered that Marsha Yarberry shall appear in person before this Court on Wednesday, September 18, 2019, at 10:00 a.m., in the Third Court of Appeals

courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our August 29, 2019 order.  This order to show cause will be withdrawn, and Yarberry will be relieved of her obligation to appear before this Court as ordered above, if the Clerk of the Court receives the complete reporter's record on or before September 16, 2019.

It is ordered on September 6, 2019.


Before Chief Justice Rose, Justices Triana and Smith